**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Mona Amini (SBN 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Judy Kisling

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY KISLING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAGE HOME LOANS CORPORATION f/k/a LENOX FINANCIAL MORTGAGE CORPORATION d/b/a WESLEND FINANCIAL INSURANCE SERVICES, INC.,<br><br>Defendant. | Case No.: 8:24-cv-01167-FMO-DFM<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41a(1) WITHOUT PREJUDICE** |

//
//
//
//
//
//
//
//
//

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff Judy Kisling ("Plaintiff"), by and through her attorneys, hereby voluntarily dismisses this action against Defendant Sage Home Loans Corporation f/k/a Lenox Financial Mortgage Corporation d/b/a Weslend Financial Insurance Services, Inc. ("Defendant") in its entirety without prejudice. Plaintiff respectfully requests that this matter be closed without fees or costs to any party.

Dated: July 23, 2024      Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Abbas Kazerounian, Esq.
Mona Amini, Esq.
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On July 23, 2024, I served the within document(s):

- **NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41a(1) WITHOUT PREJUDICE**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 23, 2024, at Costa Mesa, California.

_/s/ Mona Amini_____
MONA AMINI